1  STEPHEN V. BOMSE (Bar No. 40686)
2  E-Mail: stephen.bomse@hellerehrman.com
   CATHERINE P. ROSEN (Bar No. 62562)
3  E-Mail: catherine.rosen@hellerehrman.com
   BETHANY ANNE GLOVER (Bar No. 209423)
4  E-Mail: bethany.glover@hellerehrman.com
   HELLER EHRMAN LLP
5  333 Bush Street
6  San Francisco, CA  94104-2878
   Telephone: +1.415.772.6000
7  Facsimile: +1.415.772.6268
8
   Attorneys for Plaintiffs
9

10                UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12

13  LIDO MUSIC, INC., EMI APRIL MUSIC          Case No.:
14  INC., DESMOBILE, INC., UNIVERSAL-
    POLYGRAM INTERNATIONAL                     COMPLAINT
15  PUBLISHING, INC., BON JOVI
16  PUBLISHING, CONTROVERSY MUSIC,
    BROOKLYN DUST MUSIC, BLEU DISQUE
17  MUSIC CO., INC., WB MUSIC CORP. AND
18  WEBO GIRL PUBLISHING, INC.,

19                       Plaintiffs,

20        v.

21  CONRAD SQUARE, LLC AND MICHAEL
22  DEAN SUVERKRUBBE,

23                       Defendants.
24

25

26

27

28

COMPLAINT

1   Plaintiffs, complaining of the Defendants, by HELLER EHRMAN LLP, their
2   attorneys, allege:

3   1.     This is a suit for copyright infringement under Title 17, U.S.C. Jurisdiction of
4   this Court is based upon Title 28, U.S.C., Section 1338(a).

5   2.     Plaintiffs allege five (5) causes of action for copyright infringement based on
6   the Defendants' public performances of copyrighted musical compositions. Schedule A
7   annexed to the Complaint sets forth in summary form the allegations hereinafter made with
8   respect to the Plaintiffs, their copyrighted musical compositions, and Defendants' acts of
9   infringement.

10  3.     Plaintiffs named in Column 2 (all references to columns are to columns in
11  Schedule A) are the owners of the copyrights in the works listed in Column 3, and are
12  properly joined in this complaint under Rule 20, Fed. R. Civ. P.

13  4.     Defendant Conrad Square, LLC is a California limited liability company
14  which did at the times hereinafter mentioned and still does own, control, manage, operate
15  and maintain a place of business for public entertainment, accommodation, amusement and
16  refreshment known as The Dirty Martini, located at 2801 Leavenworth Street, SP J32, in
17  San Francisco, in the State of California.

18  5.     Defendant Michael Dean Suverkrubbe is a resident of this District and, at all
19  times hereinafter mentioned was and still is managing member of Defendant Conrad
20  Square, LLC, with primary responsibility for the control, management, operation and
21  maintenance of the affairs of said company. The acts hereinafter complained of were done
22  with his active assistance, cooperation, acquiescence and procurement, and he derives
23  financial benefit therefrom.

24  6.     Musical compositions were and are publicly performed at said place of
25  business.

26  7.     The original musical compositions listed in Column 3 were created and
27  written by the persons named in Column 4.

28  8.     Each composition was published on the date stated in Column 5, and since the

date of publication has been printed and published in strict conformity with Title 17, U.S.C.

9. The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17, U.S.C., and secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

10. Defendants on the dates specified in Column 7, and upon information and belief, at other times prior and subsequent thereto, infringed the copyright in each composition named in Column 3 by giving public performances of the compositions on Defendants' premises, for the entertainment and amusement of the patrons attending said premises, and Defendants threaten to continue such infringing performances.

11. The performances of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 7 on Defendants' premises were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from any Plaintiff or any agent, servant or employee of any Plaintiff to give such performances.

12. In undertaking the conduct complained of in this action, Defendants knowingly and intentionally violated Plaintiffs' rights. Defendants' knowledge and intent are established by the following facts:

(a) Defendants have not sought or obtained a license agreement from Plaintiffs or the American Society of Composers, Authors and Publishers (ASCAP), a performing rights licensing organization of which all Plaintiffs are members.

(b) Despite numerous letters and other contacts by ASCAP representatives informing the Defendants of their liability under the United States Copyright Law, Defendants have continued to perform copyrighted music without permission during the hours that Defendants' establishment is open to the public for business and presenting musical entertainment.

(c) The individual Defendant, Michael Dean Suverkrubbe, is a principal in

the business known as "The Cosmopolitan Café," also located in San Francisco, which has been licensed by ASCAP since 2000.

(d)    The many unauthorized performances at The Dirty Martini include the performances of the five copyrighted musical compositions upon which this action is based.

13.    At the times of the acts of infringement complained of, the Plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

14.    The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which damage cannot be accurately computed, and unless this Court restrains the Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

WHEREFORE, Plaintiffs pray:

I.    That Defendants and all persons acting under the direction, control, permission or authority of Defendants be enjoined and restrained permanently from publicly performing the aforementioned compositions or any of them and from causing or permitting the said compositions to be publicly performed in Defendants' said premises, or in any place owned, controlled or conducted by Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise.

II.    That Defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than Thirty Thousand Dollars ($30,000) nor less than Seven Hundred And Fifty Dollars ($750) in each cause of action herein.

III.    That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

COMPLAINT

IV.   For such other and further relief as may be just and equitable.

DATED: August 17, 2006

Respectfully submitted,

HELLER EHRMAN LLP

By
Steven V. Bomse
Catherine P. Rosen
Bethany A. Glover

Attorneys for Plaintiffs

COMPLAINT

| Columns | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1. | LIDO MUSIC, INC. | LET'S GO | RICHARD OTCASEK (A/K/A RIC OCASEK) | 6/12/79 | PA 58-482 | 4/28/06 |
| 2. | EMI APRIL MUSIC INC., DESMOBILE, INC., UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. AND BON JOVI PUBLISHING | YOU GIVE LOVE A BAD NAME | DESMOND CHILD JON BON JOVI RICHARD SAMBORA | 8/11/86 | PA 305-251 | 4/28/06 |
| 3. | CONTROVERSY MUSIC | KISS | PRINCE ROGERS NELSON (A/K/A PRINCE) | 2/5/86 | PA 284-474 | 4/28/06 |
| 4. | BROOKLYN DUST MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. | BRASS MONKEY | ADAM HOROVITZ, ADAM YAUCH, MICHAEL DIAMOND AND RICK RUBIN | 10/27/86 | PA 344-520 | 4/28/06 |
| 5. | BLEU DISQUE MUSIC CO., INC., WB MUSIC CORP., WEBO GIRL PUBLISHING, INC. AND UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. | INTO THE GROOVE | MADONNA CICCONE STEVE BRAY | 3/29/85 | PA 259-969 | 4/29/06 |

C 06 5005 CRB

SCHEDULE "A"