STEPHEN V. BOMSE (Bar No. 40686)
E-Mail: stephen.bomse@hellerehrman.com
CATHERINE P. ROSEN (Bar No. 62562)
E-Mail: catherine.rosen@hellerehrman.com
BETHANY A. GLOVER (Bar No. 209423)
E-Mail: bethany.glover@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIDO MUSIC, INC., EMI APRIL MUSIC INC., DESMOBILE, INC., UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., BON JOVI PUBLISHING, CONTROVERSY MUSIC, BROOKLYN DUST MUSIC, BLEU DISQUE MUSIC CO., INC., WB MUSIC CORP. AND WEBO GIRL PUBLISHING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONRAD SQUARE, LLC AND MICHAEL DEAN SUVERKRUBBE,<br><br>Defendants. | Case No.:  C-06-5005 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS CONRAD SQUARE, LLC AND MICHAEL DEAN SUVERKRUBBE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) and pursuant to a Settlement Agreement between Plaintiffs Lido Music, Inc., et al., and Defendants Conrad Square, LLC and Michael Dean Suverkrubbe, Plaintiffs voluntarily dismiss the above captioned action with prejudice.

1  Dated: November 20, 2006         Respectfully submitted,

2                                    HELLER EHRMAN LLP

3

4                                    By:   /s/ Bethany A. Glover
5                                          Bethany A. Glover
6                                          Attorneys for Plaintiffs

7

8  IT IS SO ORDERED.

9

10  Dated: __November 20, 2006__     _____
11                                   The Honorable Charles R. Breyer
                                     United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06-5005 CRB

1